Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 707 - 1 | DATE | 10/31/2007 |
| CASE TITLE | USA vs. Rodney Tanner | | |

**DOCKET ENTRY TEXT**

Pursuant to the defense counsel's request, Detention hearing and Preliminary examination is reset to 11/1/07 at 1:30 p.m.

Docketing to mail notices.

00:30;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|

07CR707 - all USA vs. Rodney Tanner                                                                                    Page 1 of 1