# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707-1 | **DATE** | 11/1/2007 |
| **CASE TITLE** | USA vs Rodney Tanner | | |

**DOCKET ENTRY TEXT**

The Defendant was scheduled today for a preliminary examination and detention hearing. The Court was informed the U.S. Marshal that the Defendant refused to come to Court for the hearing. The hearing is reset to 11/6/07 at 10:00 a.m. The U.S. Marshal is directed to bring the Defendant to Court whether he agrees to or not. Ronald Clark is appointed as counsel for Defendant.



| | Courtroom Deputy Initials: | AC |
|---|---|---|