## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 1, 2, 3 | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. RODNEY TANNER, KEITH CALVERT & FRED CALVERT | | |

**DOCKET ENTRY TEXT**

Initial appearance and arraignment proceedings held. Defendants informed of rights. Ron Clark appears as counsel for defendant Rodney Tanner, Gerry Bishof appears as counsel for Fred Calvert. Ron Clark stands in for Alison Sieglar as counsel for defendant Keith Calvert. Government seeks detention. Defendants waives detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendants will remain in custody pending trial under further order of the Court. Defendants enter plea of not guilty. 16.1 conference to be held by 11/29/2007. Pretrial motions are to be filed by 12/6/2007. Responses are due by 12/13/2007. Status hearing before Judge Guzman is set for 12/18/2007 at 10:00 am. Enter excludable delay for the period of 11/21/2007 through 12/21/2007 pursuant to 18 U.S.C. §3161(h)(1) and USA v. Tibboel, 753 F.2d . 608 (7th Cir.)　X-E　&　X-T-4

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|