## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 1 | **DATE** | 1/9/2008 |
| **CASE TITLE** | USA vs. TANNER | | |

**DOCKET ENTRY TEXT**

**Status hearing held. Jury trial set for 4/28/08 at 9:00 a.m. Pretrial motions and Government's Santiago proffer to be filed on or before 1/24/08. Status hearing set for 1/31/08 at 10:30 a.m. Government's oral motion for early return of trial subpoenas is granted. Oral motion of government to exclude time is granted. In the interest of justice, time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). (X-T1)**

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|