## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 1 | **DATE** | 3/4/08 |
| **CASE TITLE** | USA vs. RODNEY TANNER | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 3/14/08 at 11:00 a.m.  Oral motion of government to exclude time is granted.  In the interest of justice,  time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S.  v. Tibboel, 753 F.2nd 608 (7th Cir. 1985).  (X-T1)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|