## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:07−cr−00707
                                                       Honorable Ronald A. Guzman

Rodney Tanner, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Ronald A. Guzman : as to Rodney Tanner : Status hearing held. Defendant is given to 3/20/2008 to file responses to the government's motions in limine. Ruling on the pretrial motions is set for 3/21/2008 at 09:00 AM. Jury trial is set for 4/28/2008 at 09:30 AM. Enter excludable delay for the period of 3/14/2008 through 3/21/2008 pursuant to 18 USC 3161(h)(8)(B)(iv).Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.