**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                             Case No.: 1:07−cr−00707
                                                          Honorable Ronald A. Guzman

Rodney Tanner, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 21, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman as to Tanner:Status hearing held on 3/21/2008, Change of Plea Hearing set for 3/26/2008 at10:30 AM. Enter excludable delay for the period of 3/14/2008 through 3/21/2008 pursuant to 18 USC 3161(h)(8)(B)(iv). Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.