## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 1 | **DATE** | 3/28/08 |
| **CASE TITLE** | USA vs. TANNER | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to counts 1 and 2 and enters plea of guilty to counts 1 and 2. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 6/27/08 at 10:30 a.m. Jury trial set for 4/28/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|