IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 07 CR 707-1 |
| v. | ) |
| | ) Judge Ronald Guzman |
| RODNEY TANNER, | ) |

**NOTICE OF FILING**

To:   Edward Siskel
      Assistant United States Attorney
      219 South Dearborn Street,   5th Floor
      Chicago, Illinois 60604

Please take Notice that on Tuesday, July 29, 2008, I filed Defendant Rodney Tanner's Sentencing Memorandum with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street by electronic filing, A copy is herewith served upon you.

**CERTIFICATE OF SERVICE**

   Ronald J. Clark, an attorney hereby certifies that he served a copy of this Notice and the Document referred to therein to the person set out above on Tuesday, July 29, 2008,by electronic filing.

                                        Respectively submitted,

                                        s/Ronald J. Clark
                                        Ronald J. Clark
                                        Attorney for Defendant

Ronald J. Clark
Attorney for Defendant Rodney Tanner
820 West Jackson Blvd.
Suite 300
Chicago, Illinois 60607
312-307-0061